## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO.: 5:06CR53

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **ORDER SEALING** |
| **DONALD EDWARD OEHMKE,** | ) | **INFORMATION** |
| | ) | **& PLEA AGREEMENT** |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, Information and Plea Agreement be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Motion to Seal, this Order, the Information and Plea Agreement be sealed until further order of this Court.

Signed: October 11, 2006

David C. Keesler
United States Magistrate Judge