UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 5:06-CR-53-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

This matter is before the court on the government's motion to continue the plea hearing. The motion represents that defendant does not object to the motion. The motion is ALLOWED. The plea hearing is CONTINUED to 9:00 a.m. on 7 May 2007 in Raleigh, North Carolina. For the reasons set forth in the motion, the undersigned finds, after weighing all relevant factors, that the interests of justice are best served by the continuation of this matter. Accordingly, the delay occasioned by the granting of this motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

This 30 March 2007.

W. Earl Britt
Senior U.S. District Judge