

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

VS.

Donald Edward Oehmke

NO. 5:06-CR-53 and
3:06-CR-402

ORDER TO SURRENDER

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, Donald Edward Oehmke, surrender to the U. S. Bureau of Prisons by reporting:

    \_\_\_\_ to the U. S. Marshal's Office, Raleigh, N.C. as directed;
    \_\_\_\_ to the U. S. Marshal's Office, Raleigh, N.C. by \_\_\_\_ am/pm on \_\_\_\_;
    ✓ to the designated institution before 2:00 am/pm on date designated
    \_\_\_\_ when otherwise notified by the Court or U.S. Marshal's Service to report.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to that office in the manner and at such times as directed.

6-2-08
Date

Presiding Judge

## ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

Defendant

WITNESS BY:

Defendant's Attorney