UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:06-CR-53-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DONALD EDWARD OEHMKE | ) | |

The matter is before the court on the government's motion to unseal and supplement thereto. Having fully considered the motion, the motion is ALLOWED IN PART. The following documents (identified by docket number) shall remain under seal: 10, 21, 27, 30, 34, 37, 40, 42, 44, 46, 48, 49, 51, and 53. The Clerk is DIRECTED to unseal the remainder of the case file.

This 16 November 2009.

_____
W. Earl Britt
Senior U.S. District Judge